IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
APR 10 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| MLR, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 2:08CV357 HCM/FBS ) ) |
| MOTOROLA, INC., | ) ) |
| Defendant. | ) |

## AGREED ORDER APPROVING MUTUAL DISMISSALS WITH PREJUDICE BETWEEN MLR, LLC AND MOTOROLA, INC.

WHEREAS, the Court has been informed that Defendant Motorola, Inc., and Plaintiff MLR, LLC have compromised and settled to their mutual satisfaction the matters in controversy in the above-captioned action.

WHEREAS, Motorola and MLR are the only parties who have appeared in the above-captioned action.

NOW, THEREFORE, it is hereby ORDERED as follows:

1.  The claims by MLR against Motorola are hereby dismissed with prejudice.

2.  The counterclaims by Motorola against MLR are hereby dismissed with prejudice and the defenses asserted by Motorola to the claims of MLR are noted to be withdrawn.

3.  Each party shall bear its own costs and attorneys fees attributable to the prosecution and defense of the claims as between MLR and Motorola in this case.

STIPULATED AND AGREED:

_____
Virginia W. Hoptman (VSB 65565)
James S. Kurz (VSB 16610)
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, 4th Floor
Vienna, VA 22182
Telephone: (703) 790-3310
Facsimile: (703) 790-2623
Email: vhoptman@wcsr.com

George Pazuniak
Steve MacKenzie
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Ave, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (3022) 252-4330
Email: gpazuniak@wcsr.com

*Attorneys for Plaintiff, MLR*

_____
Stephen E. Noona
VSB No. 25367
Kaufman & Canoles, PC
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Jonathan E. Retsky
Illinois Bar No. 6201846
Howrey, LLP
321 N. Clark Street, Suite 3400
Chicago, Illinois 60654
Telephone: (312) 846-5648
Facsimile: (312) 264-0380
retskyj@howrey.com

Gregory J. Commins, Jr.
Washington D.C. Bar No. 435440
Brian Seal
Washington D.C. Bar No. 485912
Howrey, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
comminsg@howrey.com

*Attorneys for Defendant Motorola, Inc.*

**SO ORDERED.**

DATE ENTERED  4/10/09

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
Eastern District of Virginia